B1 (Official Form) 1 (4/10)

## United States Bankruptcy Court
### Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Salem, Carol** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| **xxx-xx-1246** | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **124 Lewis Court** **Schaumburg, IL** | |
| ZIP Code **60193** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Cook** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

### Type of Debtor
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

1/25/12 1:26PM

B1 (Official Form)1(24/1) Case 12-02504  Doc 1  Filed 01/25/12  Entered 01/25/12 13:50:34  Desc Main  Page 2
                              Document    Page 2 of 39

# Voluntary Petition

Document

*(This page must be completed and filed in every case)*

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          (Date) |

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
### (Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

1/25/12 1:15PM

B1 (Official Form 1)(4/10) 12-02504    Doc 1    Filed 01/25/12    Entered 01/25/12 13:50:34    Desc Main
Document        Page 3 of 39        Page 3

| **Voluntary Petition** | Document | Name of Debtor(s) |
| --- | --- | --- |
| *(This page must be completed and filed in every case)* | | Salem, Carol |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Carol Sale_
Signature of Debtor **Carol Salem**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 25, 2012**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**January 25, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

In re      **Carol Salem**                                                    Case No. _____

_____
                                Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Gerald J. Salem**<br>**Northern District of Illinois, Eastern Division** | **11-22484**<br>**Spouse** | **05/27/11**<br>**Jack B. Schmetterer** |
| **Prime Plumbing, Inc.**<br>**Northern District of Illinois, Eastern Division** | **11-08478**<br>**49% Shareholder** | **03/01/11**<br>**Jacqueline P. Cox** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Carol Salem _____    Case No. _____

Debtor(s)    Chapter    7 _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

□ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _Carol Salem_

Date:  **January 25, 2012**

1/25/12 1:06PM

B6D (Official Form 6D) (12/07) Case 12-02504    Doc 1    Filed 01/25/12    Entered 01/25/12 13:50:34    Desc Main
                                  Document      Page 7 of 39

In re    **Carol Salem**                                                                Case No. _____
_____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.

**Harris Bank, N.A.**
**P.O. Box 94033**
**Palatine, IL 60094-4033** | X | - | | | First Mortgage

124 Lewis Court, Shaumburg, IL 60193 | | | | | |
| | | | | | Value $            300,000.00 | | | | 150,000.00 | 0.00 |
| Account No.

**Nissan Motor Acceptance Corporation**
**P.O. Box 650680**
**Dallas, TX 75265-0680** | X | - | | | Auto Loan

2010 Nissan Murano (1/2 interest) (approx.) | | | | | |
| | | | | | Value $             20,000.00 | | | | 31,211.00 | 11,211.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | 181,211.00 | 11,211.00 |
| | Total (Report on Summary of Schedules) | 181,211.00 | 11,211.00 |

1/25/12 1:06PM

In re     **Carol Salem**                                         Case No. _____

                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

            <u>1</u>    continuation sheets attached

B6E (Official Form 6E) (12/07) Case 12-02504   Doc 1   Filed 01/25/12   Entered 01/25/12 13:50:34   Desc Main
Document     Page 9 of 39

1/25/12 1:05PM

In re     **Carol Salem**                                                     Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Illinois Department of Revenue** **Springfield, IL 62719-0001** | | - | | | | X | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| **Internal Revenue Service** **Kansas City, MO 64999-0002** | | - | | | | X | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 / 0.00 |

In re    **Carol Salem**                                                          Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Advanced Endoscopic Anesthesia, SC** PO BOX 570 Lake Forest, IL 60045 | - | | | | | | | 422.50 |
| Account No. xxxx-xxxx-xxxx-0848 **Advanta** PO Box 8088 Philadelphia, PA 19101-8088 | | | | Credit card purchases | | | X | 22,702.52 |
| Account No. **Alliance Concrete Sawing and Drilling** 570 Rock Road Drive Unit N East Dundee, IL 60118 | | | | | | | X | 8,608.25 |
| Account No. **Alliance Industrial Services, LLC** LLC 570 Rock Road Drive Unit N East Dundee, IL 60118 | | | | | | | X | 4,245.00 |

| | | |
|---|---|---|
| __14__  continuation sheets attached | Subtotal (Total of this page) | 35,978.27 |

In re     **Carol Salem** _____ ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No. xxxx-xxxxxx-x3005**<br><br>**American Express Corporate**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** | | | | | Credit card purchases | | | | 10,683.35 |
| **Account No. xxxx-xxxxxx-x1006**<br><br>**American Express Open**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-0001** | | | | | Credit card purchases | | | | 556.01 |
| **Account No. xxxx-xxxxxx-x1000**<br><br>**American Express Simply Cash**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-0002** | | | | | | | | | 34,229.49 |
| **Account No.**<br><br>**American Insulation, Inc. WBE**<br>**6N181 Cloverdale Road**<br>**Roselle, IL 60172** | | | | | | | | X | 5,420.00 |
| **Account No.**<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | | | | | | | | X | 753.28 |

Sheet no. __1__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal<br>(Total of this page)         51,642.13

1/25/12 1:06PM

B6F (Official Form 6F) (12/07) Case 12-02504   Doc 1   Filed 01/25/12   Entered 01/25/12 13:50:34   Desc Main
Document    Page 12 of 39

In re    **Carol Salem** _____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>Barge Terminal Trucking, Inc. <br>P.O. Box 636 <br>Oswego, IL 60543 | | | | | | | X | 20,528.59 |
| Account No. <br><br>Barge Terminal Trucking, Inc. <br>c/o Terrence J. Benshoff <br>30 S. Wacker Dr., 26th Floor <br>Chicago, IL 60606 | - | | | Barge Terminal Trucking, Inc. v. Prime Plumbing, Inc., 10-CH-3307 | | | X | 12,966.64 |
| Account No. <br><br>BG Concrete Inc. <br>265 Apollo Court <br>Wood Dale, IL 60191 | | | | | | | X | 1,900.00 |
| Account No. 5946 <br><br>Blue Cross Blue Shield <br>PO Box 1186 <br>Chicago, IL 60690-1186 | | | | | | | X | 8,548.88 |
| Account No. xxxP096 <br><br>Caine & Weiner <br>1699 East Woodfield Rd. <br>Schaumburg, IL 60173 | | | | | | | X | 631.62 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,575.73

In re    **Carol Salem**                                                     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8664<br><br>CB&K Supply<br>PO Box 1037<br>Janesville, WI 53547-1037 | | | | | | X | 95,357.41 |
| Account No. xxxx xxxx xxxx 7405<br><br>Chase Card Services<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | | | Credit card purchases | | | | 4,965.98 |
| Account No. xxxx-xxxx-xxxx-7405<br><br>Chase Visa<br>P.O. Box 15154<br>Wilmington, DE 19886-5154 | | | | | | | 9,835.83 |
| Account No. xxxx xxxx xxxx 4283<br><br>CitiBusiness Card<br>PO Box 688901<br>DesMoines, IA 50368-8901 | | | Credit card purchases | | | | 3,350.21 |
| Account No. xxxx-xxxx-xxxx-8350<br><br>CitiBusiness Card<br>PO Box 688905<br>Des Moines, IA 50368 | | | Credit Card | | | | 14,207.00 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 127,716.43

1/25/12 1:06PM

B6F (Official Form 6F)(12/07) Case 12-02504    Doc 1    Filed 01/25/12    Entered 01/25/12 13:50:34    Desc Main
                                    Document      Page 14 of 39

In re    **Carol Salem**                                                    Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx5003 Commonwealth Edison ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | | | 341.67 |
| Account No. Competitive Concrete Cutting, Inc. P.O. Box 232 Itasca, IL 60143 | | | | | | X | 3,375.00 |
| Account No. Competitive Concrete Cutting, Inc. c/o Edgerton & Edgerton 125 Wood St., PO Box 218 West Chicago, IL 60186 | - | | Competitive Concrete Cutting, Inc. v. Prime Plumbing, Inc., 10-SC-7246 | | | X | 2,030.00 |
| Account No. Continental Disposal LLC 3465 S. Lituanica Chicago, IL 60608 | | | | | | X | 324.00 |
| Account No. Creative Industries Terrazzo Products 1753 N. Spaulding Avenue Chicago, IL 60647-4920 | | | | | | X | 278.93 |

| | | |
|---|---|---|
| Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 6,349.60 |

In re    **Carol Salem**                                                                    Case No. _____
                                          ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-xxx3-626<br><br>**Dell Business Credit**<br>P.O. Box 5275<br>Carol Stream, IL 60197-5275 | | | | | | X | 1,163.36 |
| Account No. xxxxx8896<br><br>**Dex**<br>Box 660835<br>Dallas, TX 75266-0835 | | | | | | X | 10,772.35 |
| Account No. xxx-xxx-xxx-3406<br><br>**Discover Card**<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | - | | Credit Card | | | | 11,255.58 |
| Account No.<br><br>**Elfco**<br>9860 Clearvue Court<br>Mokena, IL 60448 | | | | | | X | 5,060.51 |
| Account No.<br><br>**Evergreen State Bank**<br>c/o Daniel J. McGarry<br>33 E. Main St., Suite 300<br>Madison, WI 53703 | - | | Evergreen State Bank v. Prime Plumbing, Inc., 10-CV-5281 | | | X | 133,486.89 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 161,738.69 |

B6F (Official Form 6F) (12/07) - Cont. Case 12-02504    Doc 1    Filed 01/25/12    Entered 01/25/12 13:50:34    Desc Main
Document    Page 16 of 39

1/25/12 1:06PM

In re    **Carol Salem**                                                                 Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 7354** <br><br>**GM Business Card** <br>**PO Box 15153** <br>**Wilmington, DE 19886-5153** | | | | | | X | 22,203.92 |
| Account No. <br><br>**Harrington Industrial Plastics LLC** <br>**10151 Bunsen Way** <br>**Louisville, KY 40299** | | | | | | X | 15,541.93 |
| Account No. <br><br>**Harrington Industrial Plastics, LLC** <br>**c/o John D. Burke/ Ice Miller, LLP** <br>**200 W. Madison Street, Suite 3500** <br>**Chicago, IL 60606** | - | | Harrington Industrial Plastics LLC v. Prime Plumbing, Inc., 09-M1-205758, Judgment | | | X | 15,041.93 |
| Account No. <br><br>**Harris Bank, N.A.** <br>**P.O. Box 94033** <br>**Palatine, IL 60094-4033** | - | | Loan (unsecured line of credit) | | | | 250,000.00 |
| Account No. <br><br>**Harris, N.A.** <br>**c/o Martin J. Wasserman** <br>**191 N. Wacker Dr., Suite 1800** <br>**Chicago, IL 60606** | - | | Harris, N.A. v. Prime Plumbing, Inc., et al., 10-L-011258 | | | X | 264,913.60 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    567,701.38

In re     **Carol Salem**                                                                Case No. _____

_____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Hines Excavating, Inc. 21W141 Canary Road Lombard, IL 60148 | | | | | | X | 11,300.00 |
| Account No. | | | | | | | |
| Home Depot Credit Services PO Box 6029 The Lakes, NV 88901-6029 | | | | | | | 756.68 |
| Account No. | | | | | | | |
| John J. Moroney & Co. 8301 S. 77th Avenue Bridgeview, IL 60455 | | | | | | X | 1,946.50 |
| Account No. xx7344 | | | | | | | |
| Kieft Bros., Inc. Dept. CH 17487 Palatine, IL 60055-7487 | | | | | | X | 10,782.43 |
| Account No. | | | | | | | |
| McCann Industries, Inc. 38951 Eagle Way Chicago, IL 60678-1389 | | | | | | | 1,585.36 |

Sheet no. _7_ of _14_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **26,370.97**

B6F (Official Form 6F) (12/07) Case 12-02504   Doc 1   Filed 01/25/12   Entered 01/25/12 13:50:34   Desc Main
Document   Page 18 of 39

1/25/12 1:05PM

In re   **Carol Salem**                                                    Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>McCann Industries, Inc.<br>c/o Nigro Westfall<br>1793 Bloomingdale Rd.<br>Glendale Heights, IL 60139 | - | | | McCann Industries, Inc. v. Prime Plumbing, Inc., 10-SC-008447 | | | X | 3,161.69 |
| Account No. xxxxxx6628<br><br>MCI<br>P.O. Box 371838<br>Pittsburgh, PA 15250-7838 | | | | | | | | 345.63 |
| Account No. xxx-xxx-xRIM2<br><br>McLennan Property Management Co.<br>25 N. Northwest Highway<br>Park Ridge, IL 60068 | | | | | | | X | 1,791.46 |
| Account No. xxxx-xxxx-xxxx-0429<br><br>Menards<br>PO Box 5219<br>Carol Stream, IL 60197 | | | | | | | X | 2,339.93 |
| Account No.<br><br>Miller Concrete Construction, Inc.<br>903 W. Washington St. Suite 300<br>West Chicago, IL 60185 | | | | | | | X | 1,635.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,273.71**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

In re    **Carol Salem**                                                           Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2 200** | | | | | | | | |
| Mueller & Co., LLP 2230 Point Blvd. Suite 700 Elgin, IL 60123 | | | | | | | X | 8,515.00 |
| Account No. | | | | | | | | |
| Porter Pipe and Supply Co. 35049 Eagle Way Chicago, IL 60678 | | | | | | | X | 448.12 |
| Account No. | | | | | | | | |
| Prime Plumbing, Inc. Barry Chatz, Trustee 120 S. Riverside Dr., Suite 1200 Chicago, IL 60606 | - | | | | | | X | Unknown |
| Account No. **xxxxxx0244** | | | | | | | | |
| Rent Rite 1260 Higgins Road Elk Grove Village, IL 60007 | | | | | | | X | 22,826.31 |
| Account No. **xx8115** | | | | | | | | |
| RSC Equipment Rental 3639 Maine Quincy, IL 62305 | | | | | | | X | 16,040.69 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      47,830.12

B6F (Official Form 6F) (12/07) - Cont. Case 12-02504   Doc 1   Filed 01/25/12   Entered 01/25/12 13:50:34   Desc Main
Document   Page 20 of 39

1/25/12 1:06PM

In re    Carol Salem
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Rush University Medical Center <br> 1700 W. Van Buren St. <br> Chicago, IL 60612-3244 | - | | | | | | 1,616.00 |
| Account No. <br><br> S.K. Culver Co. <br> 487 Thomas Drive <br> Bensenville, IL 60106 | | | | | | X | 1,320.65 |
| Account No. xxxx-xxxx-xxxx-4731 <br><br> Sears Gold MC 4731 <br> PO Box 182149 <br> Columbus, OH 43218-2149 | | | | | | X | 6,637.23 |
| Account No. xxx-xx9-063 <br><br> Shell Fleet Plus <br> PO Box 183019 <br> Columbus, OH 43218 | | | Credit card purchases | | | X | 2,729.60 |
| Account No. <br><br> Spartan Tool <br> 1506 West Division Street <br> Mendota, IL 61342 | | | | | | X | 357.29 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,660.77

In re     **Carol Salem**                                                      Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx1802** | | | | | | | | |
| **Stand Guard, Inc**<br>**6110 Lou Street**<br>**Crystal Lake, IL 60014** | | | | | | | X | 99.80 |
| Account No. | | | | | | | | |
| **Stieper Law Offices, LTD**<br>**2500 West Higgins Road Suite 1200**<br>**Hoffman Estates, IL 60169-7243** | | | | | | | X | 18,598.07 |
| Account No. | | | | | | | | |
| **Test Gauge and Backflow Supply Inc.**<br>**2587 Millenium Drive Unit K-2**<br>**Elgin, IL 60123** | | | | | | | X | 107.00 |
| Account No. **x0607** | | | | | | | | |
| **The IDM Group**<br>**P.O. Box 1507**<br>**South Pasadena, CA 91031-1507** | | | | | | | X | 3,194.35 |
| Account No. | | | | | | | | |
| **Tradeco Construction**<br>**287 Exeter Lane**<br>**Sugar Grove, IL 60554** | | | | | | | X | 2,273.50 |

| | |
|---|---|
| Sheet no. **11** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) |
| | 24,272.72 |

In re      **Carol Salem**                                                    Case No. _____
_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xx5-814** <br><br> **U.S. Bank** <br> **PO Box 790179** <br> **St. Louis, MO 63179-0179** | | | | | | | | 2,173.60 |
| Account No. **xxxx xxxx xxxx 7856** <br><br> **United Visa** <br> **PO Box 15153** <br> **Wilmington, DE 19886-5153** | | | | Credit card purchases | | | | 30,873.12 |
| Account No. <br><br> **University Anesthetic Logists SC** <br> **PO BOX 128** <br> **Glenview, IL 60025** | - | | | | | | | Unknown |
| Account No. 7420 <br><br> **University of Chicago Medical Cente** <br> **Trustmark Recovery Services** <br> **541 Otis Bowen Dr.** <br> **Munster, IN 46321** | - | | | | | | | 439.88 |
| Account No. 7149 <br><br> **University Surgeons** <br> **c/o Rush University Medical Center** <br> **1725 W. Harrison St., Suite 810** <br> **Chicago, IL 60612** | - | | | | | | | 695.40 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 34,182.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    Carol Salem                                                    Case No. _____
                                    _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 222<br><br>US Plumbing and Heating Supply Co., Inc.<br>160 Joey Drive<br>Elk Grove Village, IL 60007 | | | | | | | X | 35,148.76 |
| Account No.<br><br>W-T Mechanical/Electrical Engineering<br>2675 Pratum Avenue<br>Hoffman Estates, IL 60192 | | | | | | | | 1,700.00 |
| Account No. xxxxxxxx429-1<br><br>West Bend Mutual<br>Bin 432<br>Milwaukee, WI 53288-0432 | | | | | | | X | 500.00 |
| Account No.<br><br>Wm. F. Meyer Co.<br>1225 Gateway Drive<br>Elgin, IL 60124 | | | | | | | X | 35,827.91 |
| Account No.<br><br>Yellow Book<br>PO Box 660052<br>Dallas, TX 75266-0052 | | | | | | | X | 12,548.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      85,724.67

1/25/12 1:06PM

B6F (Official Form 6F) (12/07) Case 87-1-2-02504   Doc 1   Filed 01/25/12   Entered 01/25/12 13:50:34   Desc Main
                                    Document      Page 24 of 39

In re    **Carol Salem**                                     Case No._____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ziebell Water Service**<br>**2001 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | | | | | | X | **6,559.93** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **6,559.93** |
| | Total<br>(Report on Summary of Schedules) | **1,242,577.12** |

In re    **Carol Salem**    Case No. _____

                              Debtor(s)    Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **29**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date    **January 25, 2012**    Signature    _Carol Sala_
                                                  **Carol Salem**
                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Carol Salem** _____          Case No. _____

_____  Debtor(s)          Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **2,500.00** |
    | Prior to the filing of this statement I have received | $ | **2,500.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 25, 2012** _____          **/s/ Ariel Weissberg**
                                        **Ariel Weissberg 03125591**
                                        **Weissberg and Associates, Ltd.**
                                        **401 S. LaSalle St.**
                                        **Suite 403**
                                        **Chicago, IL 60605**
                                        **312-663-0004  Fax: 312-663-1514**
                                        **ariel@weissberglaw.com**

---

## WEISSBERG AND ASSOCIATES, LTD.

401 South LaSalle
Suite 403
Chicago, Illinois 60605

Telephone: 312/663-0004
Facsimile: 312/663-1514
E-Mail:
**ariel@weissberglaw.com**

January 25, 2012

Mrs. Carol Salem
124 Lewis Avenue
Schaumburg, IL  60193

By Email:  csalem@prime-plumbing.com
Carol @ pipe-line-plumbing.com

Re:    **Chapter 7 for Carol Salem**

Dear Mrs. Salem:

We are pleased that you have requested this law firm to represent you in the above-captioned matter.  Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client.  This letter sets forth the terms concerning your representation.

You agree to pay our firm an advanced payment fee in the amount of $3,000.00 *2,500 AW* (the "Advanced Payment Retainer"), plus a $306.00 Bankruptcy Court filing fee, from which we will credit against our legal services as rendered, which amounts are paid to us for the purpose of establishing our attorney-client relationship.

Should a Complaint objecting to your discharge or the dischargeability of a claim be filed against you ("Adversary Proceeding"), we will bill you on an hourly basis--to be applied against the Advanced Payment Retainer.  Our billing is based on an hourly rate of $400.00 for time expended by me and $325.00 for time expended by the associates of Weissberg and Associates, Ltd.  Fractions of hours are computed in increments of one quarter (1/4) of an hour.  Some of the work on your case may be done by a paralegal assistant or by a law clerk whose hourly rates are substantially lower; and to the extent that their time is utilized, your overall fee will be reduced.  You shall also be responsible for paying all out-of-pocket expenses incurred by my firm in representing you in any such Adversary Proceeding, such as filings with courts and government agencies, photocopying, facsimile transmissions, express courier services, messenger services, computerized Westlaw research, travel costs, and other expenses and charges.

Mrs. Carol Salem
January 25, 2012
Page -2-


Please date and countersign this letter and return it to me together with a check payable to "Weissberg and Associates, Ltd." in the amount of the Advanced Payment Retainer so that we will have a written mutual memorandum of our understanding. Please retain the signed copy of the letter for your file.

Yours truly,

Ariel Weissberg

ACCEPTED this 25th day of January, 2012

CAROL SALEM

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Carol Salem_____     Case No. _____

Debtor(s)                     Chapter   __7_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

__Carol Salem_____     X __/s/ Carol Salem_____     __January 25, 2012__

Printed Name(s) of Debtor(s)                     Signature of Debtor                Date

Case No. (if known) _____     X _____

                                             Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Carol Salem**                                                     Case No.
                                    Debtor(s)          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **74**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **January 25, 2012**                    **/s/ Carol Salem**
                                                 **Carol Salem**
                                                 Signature of Debtor

Advanced Endoscopic Anesthesia, SC
PO BOX 570
Lake Forest, IL 60045


Advanta
PO Box 8088
Philadelphia, PA 19101-8088


Alliance Concrete Sawing and Drilling
570 Rock Road Drive Unit N
East Dundee, IL 60118


Alliance Industrial Services, LLC
LLC 570 Rock Road Drive Unit N
East Dundee, IL 60118


American Express Corporate
PO Box 0001
Los Angeles, CA 90096


American Express Open
PO Box 0001
Los Angeles, CA 90096-0001


American Express Simply Cash
PO Box 0001
Los Angeles, CA 90096-0002


American Insulation, Inc. WBE
6N181 Cloverdale Road
Roselle, IL 60172


AT&T
PO Box 8100
Aurora, IL 60507-8100


Barge Terminal Trucking, Inc.
P.O. Box 636
Oswego, IL 60543


Barge Terminal Trucking, Inc.
c/o Terrence J. Benshoff
30 S. Wacker Dr., 26th Floor
Chicago, IL 60606

BG Concrete Inc.
265 Apollo Court
Wood Dale, IL 60191


Blue Cross Blue Shield
PO Box 1186
Chicago, IL 60690-1186


Caine & Weiner
1699 East Woodfield Rd.
Schaumburg, IL 60173


CB&K Supply
PO Box 1037
Janesville, WI 53547-1037


Chase Card Services
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Visa
P.O. Box 15154
Wilmington, DE 19886-5154


CitiBusiness Card
PO Box 688901
DesMoines, IA 50368-8901


CitiBusiness Card
PO Box 688905
Des Moines, IA 50368


Commonwealth Edison
ComEd Bill Payment Center
Chicago, IL 60668-0001


Competitive Concrete Cutting, Inc.
P.O. Box 232
Itasca, IL 60143


Competitive Concrete Cutting, Inc.
c/o Edgerton & Edgerton
125 Wood St., PO Box 218
West Chicago, IL 60186

Continental Disposal LLC
3465 S. Lituanica
Chicago, IL 60608


Creative Industries Terrazzo Products
1753 N. Spaulding Avenue
Chicago, IL 60647-4920


Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197-5275


Dex
Box 660835
Dallas, TX 75266-0835


Discover Card
PO Box 6103
Carol Stream, IL 60197-6103


Elfco
9860 Clearvue Court
Mokena, IL 60448


Evergreen State Bank
c/o Daniel J. McGarry
33 E. Main St., Suite 300
Madison, WI 53703


GM Business Card
PO Box 15153
Wilmington, DE 19886-5153


Harrington Industrial Plastics LLC
10151 Bunsen Way
Louisville, KY 40299


Harrington Industrial Plastics, LLC
c/o John D. Burke/ Ice Miller, LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606


Harris Bank, N.A.
P.O. Box 94033
Palatine, IL 60094-4033

Harris, N.A.
c/o Martin J. Wasserman
191 N. Wacker Dr., Suite 1800
Chicago, IL 60606


Hines Excavating, Inc.
21W141 Canary Road
Lombard, IL 60148


Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901-6029


Illinois Department of Revenue
Springfield, IL 62719-0001


Internal Revenue Service
Kansas City, MO 64999-0002


Jerry Salem
124 Lewis Court
Schaumburg, IL 60193


John J. Moroney & Co.
8301 S. 77th Avenue
Bridgeview, IL 60455


Kieft Bros., Inc.
Dept. CH 17487
Palatine, IL 60055-7487


McCann Industries, Inc.
38951 Eagle Way
Chicago, IL 60678-1389


McCann Industries, Inc.
c/o Nigro Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL 60139


MCI
P.O. Box 371838
Pittsburgh, PA 15250-7838

McLennan Property Management Co.
25 N. Northwest Highway
Park Ridge, IL 60068


Menards
PO Box 5219
Carol Stream, IL 60197


Miller Concrete Construction, Inc.
903 W. Washington St. Suite 300
West Chicago, IL 60185


Mueller & Co., LLP
2230 Point Blvd. Suite 700
Elgin, IL 60123


Nissan Motor Acceptance Corporation
P.O. Box 650680
Dallas, TX 75265-0680


Porter Pipe and Supply Co.
35049 Eagle Way
Chicago, IL 60678


Prime Plumbing, Inc.
Barry Chatz, Trustee
120 S. Riverside Dr., Suite 1200
Chicago, IL 60606


Rent Rite
1260 Higgins Road
Elk Grove Village, IL 60007


RSC Equipment Rental
3639 Maine
Quincy, IL 62305


Rush University Medical Center
1700 W. Van Buren St.
Chicago, IL 60612-3244


S.K. Culver Co.
487 Thomas Drive
Bensenville, IL 60106

Sears Gold MC 4731
PO Box 182149
Columbus, OH 43218-2149


Shell Fleet Plus
PO Box 183019
Columbus, OH 43218


Spartan Tool
1506 West Division Street
Mendota, IL 61342


Stand Guard, Inc
6110 Lou Street
Crystal Lake, IL 60014


Stieper Law Offices, LTD
2500 West Higgins Road Suite 1200
Hoffman Estates, IL 60169-7243


Test Gauge and Backflow Supply Inc.
2587 Millenium Drive Unit K-2
Elgin, IL 60123


The IDM Group
P.O. Box 1507
South Pasadena, CA 91031-1507


Tradeco Construction
287 Exeter Lane
Sugar Grove, IL 60554


U.S. Bank
PO Box 790179
St. Louis, MO 63179-0179


United Visa
PO Box 15153
Wilmington, DE 19886-5153


University Anesthetic Logists SC
PO BOX 128
Glenview, IL 60025

University of Chicago Medical Cente
Trustmark Recovery Services
541 Otis Bowen Dr.
Munster, IN 46321


University Surgeons
c/o Rush University Medical Center
1725 W. Harrison St., Suite 810
Chicago, IL 60612


US Plumbing and Heating Supply Co., Inc.
160 Joey Drive
Elk Grove Village, IL 60007


W-T Mechanical/Electrical Engineering
2675 Pratum Avenue
Hoffman Estates, IL 60192


West Bend Mutual
Bin 432
Milwaukee, WI 53288-0432


Wm. F. Meyer Co.
1225 Gateway Drive
Elgin, IL 60124


Yellow Book
PO Box 660052
Dallas, TX 75266-0052


Ziebell Water Service
2001 Pratt Blvd.
Elk Grove Village, IL 60007